UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LISA K. WILLIAMS, Administratrix of the Estate of Keith G. Burns, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 18-171-DCR |
| V. | ) ) | |
| CITY OF GEORGETOWN, KENTUCKY, et al., | ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants City of Georgetown, Kentucky; Michael Bosse; Jon Noel; Tommy Enricco; Scott County, Kentucky; Tony Hampton; and Jeremy Nettles with respect to the plaintiff's claims in Count I.

2. The plaintiff's state law claims in Count II and Count III are **DISMISSED**, without prejudice.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: November 5, 2018.



Signed By:
*Danny C. Reeves*
United States District Judge